UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DENISE PAGNOTTA,

                  Plaintiff,

-against-

OUTBACK STEAKHOUSE OF FLORIDA, LLC.,

                  Defendant.
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 21 2018 ★

BROOKLYN OFFICE

REPORT AND
RECOMMENDATION

18-CV-2243 (RJD)

ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:

On April 18, 2018, this Court issued an Order To Show Cause, a copy of which is attached hereto and incorporated by reference herein, directing the defendant to show cause why the case should not be remanded back to state court for failing to satisfy the $75,000 threshold for diversity jurisdiction. Although defendant was ordered to respond by April 25, 2018, no response from defendant has been forthcoming.

For the reasons stated in the attached Order To Show Cause, this Court concludes that the case was improperly removed to federal court without the requisite showing that the jurisdictional threshold has been satisfied. Therefore, it is the recommendation of this Court that the case be remanded back to the state court.

Any objections to this Report and Recommendation must be filed with the Honorable Raymond J. Dearie on or before **May 11, 2018**. Failure to file objections in a timely manner

5/21/18

The undersigned adopts the recommendation of Chief Magistrate Judge Mann. Remanded to State Court.

So ordered

s/ RJD

may waive a right to appeal the District Court order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72.

**SO ORDERED.**

Dated: Brooklyn, New York
April 27, 2018

/s/ *Roanne L. Mann*
ROANNE L. MANN
CHIEF UNITED STATES MAGISTRATE JUDGE